FILED

08/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case Number: PR 06-0422

PR 06-0422

FILED

AUG 24 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
BENJAMIN D. HARGROVE

O R D E R

Benjamin D. Hargrove has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Hargrove's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Hargrove passed the MPRE in 2017 when seeking admission to the practice of law in Minnesota. Hargrove was admitted to the Minnesota State Bar and is in good standing. The petition states that Hargrove has practiced since 2018 "with no ethical or disciplinary action." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Benjamin D. Hargrove to waive the three-year test requirement for the MPRE for purposes of Hargrove's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 24 day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                    Justices